In The United States District Court
For the Northern District of Georgia
Gainesville Division

Robert Heard

-v-

2:14-CV-166

G.B.I. Director, F.B.I. Dir.,
Keith Albertson, Joshua Daly
(Times), Brandy (Hall Co. Mag.
Court), J.D. Smith Judge, Richard
W. Story, John E. Girardeau, Allen
Ault, Jim Wertherington, Sonny
Perdue, Roy Barnes, James Donald
Nathan Deal, Brian Owens, Marty
Allen, Jose Morales, Annette Toby.

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville
JUL 28 2014
JAMES N. HATTEN, Clerk
By: Vicki Dougherty
Deputy Clerk

## Motion To Proceed IFP Status And Instant Action:

I Robert Heard come before this court and proclaim that I have no funds wherewith to even feed myself, nor put a roof over my head. I stay with my sister, whom has gone on vacation to Pensacola, Fla., and so that means I may be out the trash can before she gets back. At any rate, I have no funds wherewith to pay this fee.

The laws and statutes of this State (Ga.) and United States say

I have a right to submit this action.
On a day in March I went to Congressman Doug Collins, whom did then have Cindy Dyer to handle it. They told Me (Dyer) they had an office in D.C. investigating the situation. Everyone denied wrong doing. I filed Heard-v-O'Kelly 2:14-cv-00065-RWS-JCF. Procrastination set in. And old ways began to abound. So I filed Heard-v-Collins 2:14-cv-111-RWS. And that produce no desired effect, I filed Heard-v-GBI Director after making numerous calls, several to 404-244-2600, spoke with various persons. 404-656-1776 spoke to various persons as well, but James Bill struck me as empending. 404-679-9000, a woman cussed me out. Gainesville P.D. spoke with Officer (R.), to Dep. Many at detention center, to Court house Mag. Court and Sheriff's Dept. So many times I thought I lived there.

Now I filed a couple more on the last week in June.
Now my point is, in spite of all that.

I AM making my averment that Marty Allen and YSP staff and D.O.C. and Dept. of Justice, and Dept. of Law have with Jerry Jones, George W. Bush, Jr. and Washington Redskins owner, Nasdaq, Rothchild family, and all defendants did enter into conspiracy with each other of whom we may never find the extent of all that are, but we know, for that Marty Allen dropped inmates off as he brought me to my sister's door at 986 ~~████~~ Lanier. So we have a conspiracy that includes my family.

So let's look at before I do though, my ringtone is on Vic's and my sister's phones. They intercept all my calls going and coming. That's Federal. (Identity theft, and NSA violations.) But I found some evidence by which I sent to GBI on 7/2/14, it told an awesome story. A note also that read "No Release papers- turn case down, make phone calls font w (35¢)

M
Tell Vic

No worry
(60)

soon take care of business Right Now".
The inmates from valdosta taught
them identity theft by Marty Allen
and company.
So I called officer (R) badge #61
770 534-5251 whom along with several
law enforcement, and D.A.'s office
that heard this and know about
locking my phone, which is a Fed.
offense.
But I got questions to the court.
(1) who were they doing it For? (2) Who
are they doing it with? (3) How do you
afford to go on a vacation moving
From your home, and no job?
(4.) This I ask the court, why?

Now, I come before the court to
answer each question, Bush and
the above mentioned, herein mentioned
as well, in Heard v. Weatherington,
did in fact do the deed of taking
or stealing, stole money from me.
Now, they at this time sought to
keep me from knowing about,
it. So about that time I found out
and told my mother whom had
aided me in finding out I was

in prison illegally. Then they fabricated paperwork, because of it. Now, we have a motive. But they having my Mom involved in the "Ritual of the Heroines of Jericho, Free and Accepted Ancient York Masons. (That's why Allen, Bush, Jones, Edenfield, Scofield, O'Kelly, Langstaff, Dobras, GBI Dir., FBI Dir., U.S. AH, Yates, Olens, Owens, let inmates in Heard-v-VSP, Heard-v-Farley, Heard-v-Muslims ect.) So they could use my property to file in court to make money to get out to kill me, and use identity theft. We look at Heard-v-Barrow, Heard-v-Wetherington. So we have forgery, identity theft, conspiracy to commit theft, theft, ect. Agg. assault, Attempt Murder, False Imprisonment. (Ellis-v-Kelly, Phillip-v-Mashburn, I over FBI Dir., G.B.I. Dir. Failed to investigate allegations before them, that aided in the injury and caused lost of billions of dollars of health and safety. I aver on the day I left Valdosta Missy Allen had me taken to F.I to be assaulted

I got 2 teeth knocked out. 1 is in my sister's car she got a piece or some stuff off my bed but neglect to know what she got.

Now Zatler-v-Wainwright, along with the U.S. and Ga. Constitutions say equal protection must be afforded me by those clothed with law color of law I use definitely are. And they exert extreme diliberate indifferent indifference to my physical safety, emotionally as well.

I aver they sought and gave me diseases like hep.c. They withheld medicine that could cure it. See Heard-v-OKelly. They also sought to steal the money that came from suits like Heard-v-Donald No:06-12229, but not exclusively. Also they sought to use forgery and identity theft. According to Banthoff-v-Smith, Griffin-v-Breckenridge, Organized crime Act: Pub. Law No. 91-452, 84 Stat. 922, Tit. IX. RICO Act, OCGA 16-2-20, Corker-v-State, Parnell-v-State, Kaupa-v-State, Harmon-v-Berry, Dennis-v-Sparks, Fullman-v-Graddick, Ricardson

(2)

-v- Fleming, Causey -v- State. Art. 1, Sect. 1, Para. XVII. Long -v- Jones. Toussaint -v- McCarthy. Buckley -v- Valeo.

Constitutional injury is incurred as well for each breached duty to conspire to commit these violations. Sims -v- Adams, Allen -v- Wright they all had a personal stake in the matter.

Toussaint -v- McCarthy.

I also aver retaliation, and due process violation. In short I aver abuse, and will give a list of cases that can be referred to, for they sought to dismiss them without my knowledge or consent. With tortuous techniques violating 28 U.S.C.S. 31350 it has been a perilous time. Only Jesus my savior helped me through. I give him all the glory. And because He is faithful to me, then so shall I be faithful to see my enemies brought to justice, jail awaits all of them. My only inquisition else

is this court among them, if? not?!
then, this court is suppose to
stand for justice 28 USCS §
453. Am I wrong?
If not I can expect the uttermost
right judgement from impartial
people, that honor, honor, like A.R.
Kenyon so much so is not is yet
an honorable man, being a judge
was no problem, he made the robe
it did not make him one way or
the other. May I expect that
from this court?

### Relief

I seek injunctive relief prelim-
inary, in nature. GBI, FBI
Directors. Warrants for all named
and those contained therein and
all that may come about in the
process of gathering evidence.
I have photos, written material
from repreable people of renown
status, that gathered evidence
for me, from early years as far
back as the late 70's.
For constitutional inquiry I ask

500,000,000,000.00. For actual damages finances lost 500,000,000,000.00. For making me miss Benny Hinn crusades in Atlanta, June 26 + 27. For making me miss KCM crusade in June 30, - July 4. My healing was at stake both places. So this is new stuff as well as old. Punitive damages at 2,000,000.00 per person.

I want arrest warrants where applicable. I want DNA testing, finger printing. I have affidavits from doctors. I will disclose what is contained in them at trial. I pray this court grant my complaint. Rizzo-v-Goode.

Also for the 3rd time Soschee, Hott and the rest have locked my phone. The Hall D.A. saw it the 2nd time Tures. Scott. I need the GBI to investigate Green Dot No. 4255220001941804, sec. code #819. 250.00. Purchased by Teresa Hott, Gainesville, Ga 678-347-0042

▬▬▬▬▬▬▬▬

Gainesville, Ga. 30501     The
                           Robert Heard
this address will not last much longer, I don't know where I'll go.

If it please the court, I would like to report that Rebecca Dobras, Sam Olens, Doug Collins, Nathan Deal, D.O.J. in D.C., Maryland, Jerry Soyes, G.W. Bush, Jr., conspired and did take some of the message out of, off of my phone during the week of 6/17/14. But they forgot, I keep stuff in different places even with P.D., Sheriff's Dept., G.B.I., F.B.I. and people as witnesses. You not gonna beat me. I got evidence from the 70's on every one of them. This court has forgotten, I won my first case, in this court in the 80" late. Heard v. Rumsey. Bob Andrews was his lawyer. I will not be beaten. The longer you take the deeper they get into it. You ain't gonna drag it out either.

That ain't being arrogant that's facing reality. I am not a child, you need to look carefully at the situation, and don't come threatening me. If I don't see the end 7/16/14, I will be forced to go to legal extremes. I am entitled to my day in court.

                                           Roy

This 8 day of July 2014.

... dismissed the case as to President Obama, Eric Holder, Sam Olens, Nathan Deal, Rebecca Dobras, Beth Greear, FBI Div...

(1) 10/6/13, 11/4/13, 11/24/13, 12/24/13, 12/24/13, 1/12/14, 1/13/14

(2) Sam Olens - 9/2/13, 10/14/13, 11/24/13

(3) Rebecca Dobras - 10/18/13, 10/18/13, 11/15/13, 10/29/13, 10/23/13, 10/28/13, 11/27/13

(4) Eric Holder - 11/2/13, 11/25/13, 12/16/13, 12/23/13, 12/25/13, 12/31/13, 1/10/14, 1/16/14

(5) Gov. Deal - 11/17/13

(6) Rebecca ~~~~ Dobras - 11/21/13, 11/23/13, 12/9/13, 12/13/13, 12/19/13, 12/16/13, 12/18/13, 12/26/13, 12/30/13, 12/31/13, 1/6/14, 1/7/14, 1/10/14, 1/12/14, 1/13/14, 1/16/14.

(7) Beth Greear - 1/13/14

(8) F.B.I. Div. - 1/5/14, 1/6/14, 1/7/14, 1/10/14, 1/16/14

(9) Sally Q. Yates - 1/3/14, 1/6/14, 1/7/14, 1/19/14

## Cases

(1) Heard v. Wetherington - 1:02-CV-684-CAM

(2) Heard v. McIntyre - 2:11-CV-157-WCO-SSC

(3) Heard v. Ashcroft - 03-073 (D.C. Dist.) 603-060 (S.D. GA. 2003).

(4) Heard v. Mag. Smith - CV402-277

(5) Heard v. Parole Bd. - Fulton Sup. Court

(6) Heard v. Parole Bd. - 1:01-CV-1454-CAM

(7) Heard v. Parole Bd. - 1:01-CV-2311-CAM

(8) Heard v. Edenfield - 2010 U.S. Dist. Lexis 104807 (S.D. GA. Sept. 30, 2010).

(9) Heard v. Wetherington - CV602-107 (S.D. Ga. Feb. 13, 2
(10) Heard v. Tanner - 2011 U.S. Dist. Lexis 103909 (M.D. Ga. 9/
(11) Heard v. Treadwell - 11-10235 (M.D. Ga. 3/11/11).
(12) Heard v. Donald - 1:10-CV-1726
(13) Heard v. Donald - 1:10-CV-2630-CAP
(14) Heard v. Donald - No. 06-12229 (11th Cir. 2009)
(15) Heard v. Allen - 1:09-CV-119-WLS-TQL
(16) Heard v. Owens - 5:09-CV-357 MTT, App. No: 10-14057-
(17) Heard v. Owens - 1:11-CV-2357-CAP-ECS, App. No: 11-1505-B
(18) Heard v. Perdue - 2010-CV-402, App No: S11A0832
(19) Heard v. Morales - 2011-CV-62
(20) Judicial Misconduct Commission Complaints
(21) D.O.J. Complaints in Atlanta (Sally Q. Yates)
(22) F.B.I. Complaints FBI Atlanta
(23) Heard v. Fields - 5:12-CV-29-CAR
(24) Heard v. Danforth - 1:12-CV-5-HL
(25) Heard v. Buckner - 1:11-CV-3177
(26) Letters to Internal Affairs
(27) Heard v. Edenfield - 1:11-CV-2828-CAP
(28) Heard v. Pannell - N.D. Ga.
(29) Heard v. Walt Davis - 1:10-CV-1065-CAP
(30) Heard v. Fields - 2:13-CV-25-(HL)
(31) Heard v. Sgt. Brown - 1:13-CV-3290-CAP-ECS
(32) Heard v. Yates - M.D. Ga.
(33) Heard v. O'Kelly, 5 Jure 2013. M.D. Ga.
(34) Heard v. O'Kelly, - 2013. M.D. Ga.
(35) Heard v. O'Kelly - 2:14-CV-00065-RWS-JCF
(36) Heard v. Barack Obama.